**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - GENERAL**

**CASE NO.: CV 10-0702-ABC (PJW)**                    **Date: January 11, 2011**

**TITLE:** *David Upton v. Arek Fakhoury, et al.*
==================================================================
**PRESENT:**

              **HON. PATRICK J. WALSH, MAGISTRATE JUDGE**
     **Celia Anglon-Reed**                                **N/A**
     **Deputy Clerk**                                     **Court Reporter**

  **ATTORNEYS PRESENT FOR PLAINTIFF:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**

         None                                      None


**PROCEEDINGS:** **Order to Show Cause Regarding Plaintiff's Failure to File First Amended Complaint (In Chambers)**

On June 9, 2010, the Court dismissed the Complaint and granted Plaintiff leave to file a First Amended Complaint ("FAC"). (Docket No. 8.) The FAC was due to be filed on July 15, 2010. As of the date of this order, Plaintiff has not filed the FAC.

Under Federal Rule of Civil Procedure 41(b), an action may be involuntarily dismissed for failure of the plaintiff to prosecute or comply with any order of the Court. *See Omstead v. Dell*, 594 F.3d 1081, (9th Cir. 2010). A plaintiff's failure to file an amended complaint, despite being told of the consequences, warrants dismissal. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

Accordingly, Plaintiff has until **February 20, 2011**, to file his FAC or, alternatively, to show good cause for his failure to timely file the FAC by filing one or more declarations under penalty of perjury and supporting documents, if needed.

Plaintiff is warned that if he does not respond to this order within the time allowed, or if he fails to show good cause for the failure to timely file the FAC, this action may be dismissed under Rule 41(b).


**MINUTES FORM 90**                              **Initials of Deputy Clerk  CA**
**CIVIL -- GEN**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
<u>**CIVIL MINUTES - GENERAL**</u>

cc:

David Upton
CDC F-33979
California Institute for Men-Chino
P.O. Box 500
Chino, California 91708

S:\PJW\Cases-Civil Rights\UPTON 702\MO_OSC.failure.file.FAC.wpd

| | |
|---|---|
| **MINUTES FORM 90** | **Initials of Deputy Clerk   CA** |
| **CIVIL -- GEN** | |