UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON,<br><br>        Plaintiff,<br><br>    v.<br><br>AREK FAKHOURY, et al.,<br><br>        Defendants. | CASE NO. ED CV 10-702-ABC (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the Complaint, records on file, and the Final Report and Recommendation of the United States Magistrate Judge.  Plaintiff has not filed any written Objections to the Report.  The Court accepts the findings and recommendation of the Magistrate Judge.

    DATED:    July 29, 2011    .

                                                                            */s/ Audrey B. Collins*

                                                                            AUDREY B. COLLINS<br>                                                                            UNITED STATES DISTRICT JUDGE