UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID UPTON,<br><br>           Plaintiff,<br><br>    v.<br><br>AREK FAKHOURY, et al.,<br><br>           Defendants. | Case No.  ED CV 10-702-ABC (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: <u>July 29, 2011</u>.

*Audrey B. Collins*

---
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE